# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DAKUN HE,

Petitioner,

v.

FIELD OFFICE DIRECTOR, Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ACTING WARDEN, IMPERIAL REGIONAL DETENTION FACILITY,

Respondents.

Case No.:  26cv0680 DMS VET

**ORDER REQUIRING RESPONSE**

On February 3, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **February 12, 2026**.  Petitioner shall file his reply on or before **February 17, 2026**.  Unless

1

26cv0680 DMS VET

the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  February 5, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv0680 DMS VET